THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFERY POOLEY, individually, and on behalf of other members of the general public similarly situated;

Plaintiffs,

v.

MOTION RECRUITMENT PARTNERS LLC; and DOES 1 through 5, inclusive,

Defendant.

Case No. 2:26-cv-03472-JNW

**ORDER GRANTING STIPULATED NOTICE OF MOTION RENOTED ON DEFENDANT MOTION RECRUITMENT PARTNERS, LLC'S MOTION TO COMPEL ARBITRATION AND DISMISS CLASS CLAIMS**

**RENOTED ON MOTION CALENDAR:**

**NOVEMBER 20, 2026**



DUANE MORRIS LLP
190 South LaSalle Street
Suite 3700
Chicago, IL 60603-3433
+1 312 499 6711

# ORDER

Plaintiff Jeffery Pooley ("Plaintiff") and Defendant Motion Recruitment Partners, LLC's ("Defendant") Stipulated Notice ("Stipulated Notice") of Motion Renoted On Defendant's Motion to Compel Arbitration and Dismiss Class Claims came before this Court. This Court, having reviewed and considered the parties' motion, and for good cause appearing, **HEREBY ORDERS THAT**:

1. For the reasons set forth in the parties' Stipulated Notice of Motion Renoted On Defendant Motion Recruitment Partners, LLC's Motion to Compel Arbitration and Dismiss Class Claims, the Stipulated Notice is GRANTED.

2. Plaintiff's deadline to file a response is November 5, 2026.

3. Defendant's deadline to file a reply is November 20, 2026.

**IT IS SO ORDERED.**

Dated this 9th day of November, 2026.

UNITED STATES DISTRICT JUDGE



DUANE MORRIS LLP
190 South LaSalle Street
Suite 3700
Chicago, IL 60603-3433
+1 312 499 6711